UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARY HORN and FREDERICK HORN, SR., :
Individually and as Beneficiaries of the Estate of : 10-CV-6082 (JSR)
FREDERICK HORN, JR., :
 :
 :
            Plaintiff, :
 :
     v. :
 : **NOTICE OF**
 : **APPEARANCE**
BANK OF AMERICA CORP., BANK OF AMERICA :
GROUP BENEFITS PROGRAM ("THE PLAN"), :
FMR, LLC and METLIFE, INC., :
 :
            Defendants. :
------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Please enter my appearance in this case for Defendants BANK OF AMERICA CORP. and FMR, LLC. I certify that I am admitted to practice before this court.

Dated:  New York, New York
        October 27, 2010

                                    Respectfully submitted,

                                    KAUFMAN BORGEEST & RYAN LLP

                                    By: _____
                                            Jonathan B. Bruno
                                    Attorneys for Defendants
                                    BANK OF AMERICA CORP. and
                                    FMR, LLC
                                    120 Broadway, 14th Floor
                                    New York, New York 10271
                                    (212) 980-9600
                                    KBR File No.: 860.230

To:   Padilla & Associates, PLLC
      Attorneys for Plaintiffs
      845 Third Avenue, 6th Floor
      New York, New York 10022

1321405-1