UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARY HORN and FREDERICK HORN, SR.,
Individually and as Beneficiaries of the Estate of
FREDERICK HORN, JR.,

          Plaintiff,

    v.

BANK OF AMERICA CORP., BANK OF AMERICA
GROUP BENEFITS PROGRAM ("THE PLAN"),
FMR, LLC and METLIFE, INC.,

          Defendants.
------------------------------------------------------------------X

10-CV-6082 (JSR)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter my appearance in this case for Defendant BANK OF AMERICA CORP. and FMR, LLC. I certify that I am admitted to practice before this court.

Dated: New York, New York
       October 27, 2010

                                  Respectfully submitted,

                                  KAUFMAN BORGEEST & RYAN LLP

                                  By: _____
                                      Deborah M. Zawadzki
                                  Attorneys for Defendants
                                  BANK OF AMERICA CORP. and
                                  FMR, LLC
                                  120 Broadway, 14th Floor
                                  New York, New York 10271
                                  (212) 980-9600
                                  KBR File No.: 860.230

To:    Padilla & Associates, PLLC
        Attorneys for Plaintiffs
        845 Third Avenue, 6th Floor
        New York, New York 10022

1321401-1