UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARY HORN and FREDERICK HORN, SR.,     10 CIV 6082 (JSR)
Individually and as Beneficiaries of the Estate of
FEDERICK HORN, JR.,

                                               Plaintiffs,      **RULE 7.1 DISCLOSURE STATEMENT**

                       -against-

BANK OF AMERICA CORP., BANK OF     DOCUMENT
AMERICA GROUP BENEFITS PROGRAM     ELECTRONICALLY FILED
("THE PLAN"), FMR, LLC and METLIFE, INC.,

                                               Defendants.
-------------------------------------------------------------------X

        The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY s/h/a METLIFE, INC. ("MetLife"), hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

        1.     Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:     New York, New York
               November 1, 2010

                                                     Respectfully Submitted,

                                                     s/
                                             MICHAEL H. BERNSTEIN (MB-0579)
                                             SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                             125 Broad Street, 39th Floor
                                             New York, New York 10004
                                             Tel: (212) 422-0202
                                             Fax: (212) 422-0925
                                             *Attorneys for Defendants - BANK OF AMERICA GROUP BENEFITS PROGRAM ("The Plan") and METROPOLITAN LIFE INSURANCE COMPANY s/h/a METLIFE, INC. ("MetLife)*

NY/610481v1

TO:    Jeffrey W. Padilla, Esq.
Padilla & Associates, PLLC
845 Third Avenue, 6th Floor
New York, New York 10022
Tel: (646) 290-5168
Email: jwp@padillalaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was filed via ECF and served regular mail on November 1, 2010, upon

Jeffrey W. Padilla, Esq.
Padilla & Associates, PLLC
845 Third Avenue, 6th Floor
New York, New York 10022
Tel:  (646) 290-5168
Email: jwp@padillalaw.com
*Attorneys for Plaintiffs*

                          _s/_____
                          Michael H. Bernstein (MB-0579)