UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARY HORN and FREDERICK HORN, SR.,     Case No. 1:10-cv-06082-JSR
Individually and as Beneficiaries of the Estate of
FREDERICK HORN, JR.

                    Plaintiffs,

         - against -                                         NOTICE OF MOTION TO
                                                         ADMIT COUNSEL
BANK OF AMERICA CORP., BANK OF                PRO HAC VICE
AMERICA GROUP BENEFITS PROGRAM
("THE PLAN"), FMR, LLC and METLIFE, INC.,

                    Defendants.
-------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that upon the annexed affidavits of Jonathan B. Bruno and Gina D. Wodarski in support of this motion and the Certificate of Good Standing annexed thereto, on a date and time to be determined by the Court, the undersigned attorneys for the Defendants, BANK OF AMERICA CORP. and FMR, LLC, will move before the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Sourthern District of New York, permitting the admission *pro hac vice* of Gina D. Wodarski, Esq. to appear and participate in the above-captioned matter. The moving party consents to a disposition of its motion upon submissions.

Dated: New York, New York
        October 28, 2010

                                                          Respectfully submitted,

                                                          KAUFMAN BORGEEST & RYAN LLP

                                                          By: _____
                                                                Jonathan B. Bruno

BOS 857272.1

              Deborah M. Zawadzki
              Attorneys for Defendants
              BANK OF AMERICA CORP.
              and FMR, LLC
              120 Broadway, 14th Floor
              New York, New York 10271
              (212) 980-9600
              KBR File No.: 860.230

To: Jeffrey W. Padilla, Esquire
   Padilla & Associates, PLLC
   Attorneys for Plaintiffs
   845 Third Avenue – 6th Floor
   New York, NY 10022

   Michael Bernstein, Esq.
   Sedgwick Deter Moran & Arnold, LLP
   Attorneys for Defendants
   BANK OF AMERICA GROUP BENEFITS
   PROGRAM and METLIFE, INC.
   125 Broad Street – 39th Floor
   New York, New York 10004

1321516.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARY HORN and FREDERICK HORN, SR., Individually and as Beneficiaries of the Estate of FREDERICK HORN, JR.

Plaintiffs,

- against -

BANK OF AMERICA CORP., BANK OF AMERICA GROUP BENEFITS PROGRAM ("THE PLAN"), FMR, LLC and METLIFE, INC.,

Defendants.

------------------------------------------------------------------- x

Case No. 1:10-cv-06082-JSR

**AFFIDAVIT OF JONATHAN B. BRUNO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

JONATHAN B. BRUNO, an attorney duly admitted to practice law before the Courts of the State of New York since 1996, hereby affirms the following under penalties of perjury, and upon information and belief:

1. I am a member of the firm Kaufman Borgeest & Ryan LLP, 120 Broadway, New York, New York, attorneys for Defendants in this matter. As such, I am fully familiar with the facts and circumstances herein.

2. This Affidavit is submitted on behalf of Defendants, in support of the instant motion which seeks an Order permitting the admission *pro hac vice* of Gina M. Wodarski, Esq. to appear and participate in the above-captioned matter.

3. I am an attorney in good standing of the Bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Gina M. Wodarski is Counsel at Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts.

5. To the best of my knowledge, Gina M. Wodarski is an attorney in good standing in the Commonwealth of Massachusetts, has never had any grievance filed against her and has never been reprimanded, suspended, placed on inactive status, disbarred or denied admission to any other court. Nor has Gina M. Wodarski ever resigned from the practice of law.

6. I know of no fact that would call into question the integrity or character of Gina M. Wodarski.

7. There is good cause to admit Gina M. Wodarski to practice before this Court insofar as she has specialized knowledge of the matters at issue in this case and because the law firm of Edwards Angell Palmer & Dodge LLP has a long-standing relationship with Bank of America Corp. Accordingly, Gina M. Wodarski's admission *pro hac vice* to represent the Defendants is in the interest of justice and is for the personal and financial welfare of the Defendants.

8. Gina M. Wodarski is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

9. Accordingly, I am pleased to move for the admission of Gina M. Wodarski, *pro hac vice.*

10. Annexed hereto is a Proposed Order concerning this application.

## CONCLUSION

WHEREFORE, it is respectfully requested that the Court issue an Order permitting the admission *pro hac vice* of Gina M. Wodarski, Esq. to appear and participate in the above-captioned matter.

_____
Jonathan B. Bruno

Sworn to before me this 28th
day of October, 2010

_____
Notary Public

1321516.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MARY HORN and FREDERICK HORN, SR., Individually and as Beneficiaries of the Estate of FREDERICK HORN, JR.

Plaintiffs,

- against -

BANK OF AMERICA CORP., BANK OF AMERICA GROUP BENEFITS PROGRAM ("THE PLAN"), FMR, LLC and METLIFE, INC.,

Defendants.
------------------------------------------------------------------ x

Case No. 1:10-cv-06082-JSR

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Jonathan B. Bruno, attorney for Defendants and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Gina D. Wodarski, Esquire |
| Firm Name: | Edwards Angell Palmer & Dodge LLP |
| Address: | 111 Huntington Avenue |
| City/State/Zip: | Boston, MA 02199 |
| Telephone: | (617) 239-0100 |
| Fax: | (617) 227-4420 |

is admitted to practice pro hac vice as counsel for Defendants Bank of America Corp. and FMR in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

1321516.1

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       October 28, 2010

_____
United States District/Magistrate Judge

1321516.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit of Jonathan B. Bruno in Support of Motion to Admit Counsel Pro Hac Vice, Affidavit of Gina M. Wodarski in Support of Motion to Admit Counsel Pro Hac Vice and Order for Admission Pro Hac Vice has been served on October 28, 2010 via First Class postage prepaid US Mail on the following:

Jeffrey W. Padilla, Esquire
Padilla & Associates, PLLC
845 Third Avenue – 6th Floor
New York, NY 10022

Michael Bernstein, Esq.
Sedgwick Deter Moran & Arnold, LLP
125 Broad Street – 39th Floor
New York, New York 10004

Deborah M. Zawadzki, Esq.

1321516.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARY HORN and FREDERICK HORN, SR.,     Case No. 1:10-cv-06082-JSR
Individually and as Beneficiaries of the Estate of
FREDERICK HORN, JR.

                        Plaintiffs,             **AFFIDAVIT OF GINA D.**
                                                                                          **WODARSKI IN SUPPORT**
                  - against -                      **OF NOTICE OF MOTION**
                                                                        **TO ADMIT COUNSEL**
BANK OF AMERICA CORP., BANK OF            **PRO HAC VICE**
AMERICA GROUP BENEFITS PROGRAM
("THE PLAN"), FMR, LLC and METLIFE, INC.,

                        Defendants.
-------------------------------------------------------------------- x
COMMONWEALTH OF MASSACHUSETTS     )
                                                   ) ss:
COUNTY OF SUFFOLK                         )

        GINA D. WODARSKI, being duly sworn, hereby deposes and says as follows:

        1.      I reside in Boston, MA. I am Counsel at the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

        2.      As shown by the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Massachusetts.

        3.      I have never been held in contempt of court.

        4.      I have never been censured, suspended or disbarred by any court.

        5.      There are no pending disciplinary proceedings against me in any State or Federal court.

        6.      I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York, as well as the ethical rules

applicable to attorneys who practice law in the State of New York, and will faithfully adhere to all rules applicable in connection with any activities in this Court.

7.  The law firm of Edwards Angell Palmer & Dodge LLP has a long-standing relationship with Bank of America Corp. Accordingly, my admission *pro hac vice* to represent Defendants is in the interest of justice and is for the personal and financial welfare of the Defendants.

WHEREFORE, I respectfully request that I be permitted to appear *pro hac vice* as counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Gina D. Wodarski

Sworn to before me this
27th day of October, 2010

Donna M. Maciejko
Notary Public

DONNA M. MACIEJKO
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 11, 2014

2

1321586.1
BOS 857319.1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

I, _____Sarah A. Thornton_____, Clerk of this Court,

certify that **Gina D. Wodarski**, Bar **644377**,

was duly admitted to practice in this Court on

**Noember 17, 2000**, and is in good standing
  DATE

as a member of the Bar of this Court.

Dated at   Boston, Massachusetts   on   **October 25, 2010**.
           LOCATION                         DATE

**Sarah A. Thornton**
CLERK

DEPUTY CLERK

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

**Gina Victoria DeSantis**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-sixth** day of **October** in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116