UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MARY HORN and FREDERICK HORN, SR.,
Individually and as Beneficiaries of the Estate of
FREDERICK HORN, JR.

Plaintiffs,

- against -

BANK OF AMERICA CORP., BANK OF
AMERICA GROUP BENEFITS PROGRAM
("THE PLAN"), FMR, LLC and METLIFE, INC.,

Defendants.
-------------------------------------------------------------- x

Case No. 1:10-cv-06082-JSR

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Jonathan B. Bruno, attorney for Defendants and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Gina D. Wodarski, Esquire |
| Firm Name: | Edwards Angell Palmer & Dodge LLP |
| Address: | 111 Huntington Avenue |
| City/State/Zip: | Boston, MA 02199 |
| Telephone: | (617) 239-0100 |
| Fax: | (617) 227-4420 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/10

is admitted to practice pro hac vice as counsel for Defendants Bank of America Corp. and FMR in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

1321516.1

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       11/4 ~~October 28~~, 2010

_____
United States District/Magistrate Judge

1321516.1