UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARY HORN and FREDERICK HORN, SR.,      Case No. 10-CIV-6082
Individually and as Beneficiaries of the Estate of
FREDERICK HORN, JR.,

           Plaintiffs,            **NOTICE OF MOTION**
                                                                  **TO DISMISS**

      - against -

BANK OF AMERICA CORP., BANK OF
AMERICA GROUP BENEFITS PROGRAM
("THE PLAN"), FMR, LLC and METLIFE, INC.,

           Defendant.
------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that the Defendants Bank of America Corporation (hereinafter "Defendant" or "Bank") and FMR, LLC ("Fidelity") (collectively "Defendants") will move before the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order, pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, for dismissal on all counts of the Plaintiffs' Complaint, and for whatever further relief that this Court may deem just and proper. Such motion shall be served and filed by November 8, 2010; Plaintiff's opposition shall be served and filed by December 6, 2010; Defendants' reply shall be served and filed by December 13, 2010; and the motion shall be argued on January 7, 2011 at 4:00 p.m.

Dated: New York, New York
          November 8, 2010                                          Respectfully submitted,
                                                                       Defendants,

                                                                       BANK OF AMERICA CORPORATION
                                                                       and FMR, LLC,
                                                                       By their attorneys,

                                                                       /s/ Gina D. Wodarski
                                                                       Gina D. Wodarski, Esq. *(pro hac vice)*
                                                                       Edwards Angell Palmer & Dodge LLP

        111 Huntington Avenue
        Boston, MA 02199
        (617) 239-0100

        and

        /s/ Jonathan B. Bruno
        Jonathan B. Bruno, Esq.
        Deborah M. Zawadzki, Esq.
        KAUFMAN BORGEEST & RYAN LLP
        120 Broadway, 14th Floor
        New York, NY 10271
        (212) 980-9600

To:    Jeffrey W. Padilla, Esq.
       Padilla & Associates, PLLC
       Attorneys for Plaintiffs
       845 Third Avenue, 6th Floor
       New York, NY 10022

       Michael Bernstein, Esq.
       Sedgwick Deter Moran & Arnold, LLP
       Attorneys for Defendants
       BANK OF AMERICA GROUP BENEFITS PROGRAM and METLIFE, INC.
       125 Broad Street, 39th Floor
       New York, NY 10004

1328476.1

## CERTIFICATION

    I hereby certify that on November 8, 2010, I caused the above Notice of Motion to Dismiss Plaintiffs' Complaint, to be served via ECF, upon:

Jeffrey W. Padilla, Esq.
Padilla & Associates, PLLC
Attorneys for Plaintiffs
845 Third Avenue, 6th Floor
New York, NY 10022

Michael Bernstein, Esq.
Sedgwick Deter Moran & Arnold, LLP
Attorneys for Defendants
BANK OF AMERICA GROUP BENEFITS
PROGRAM and METLIFE, INC.
125 Broad Street, 39th Floor
New York, NY 10004

_____
Deborah M. Zawadzki