AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Mary Horn, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    10 CIV 6082 (JSR) |
| Bank of America Corp., Bank of America Group Benefits Program, FMR, LLC and MetLife, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America Group Benefits Program and Metropolitan Life Insurance Company i/s/h/a MetLife, Inc.      .

Date:     01/07/2011

*Attorney's signature*

Matthew P. Mazzola (MM7427)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

matthew.mazzola@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached

**NOTICE OF APPEARANCE**   (on behalf of Bank of America Group Benefits Program and

Metropolitan Life Insurance Company i/s/h/a MetLife, Inc.) was served via ECF and served regular mail

on January 7, 2011, upon the following:

Jeffrey W. Padilla, Esq.
PADILLA & ASSOCIATES, PLLC
845 Third Avenue, 6th Floor
New York, New York 10022
Tel:  (646) 290-5168
Email: jwp@padillalaw.com
*Attorneys for Plaintiffs*

Matthew P. Mazzola (MM7427)

Dated:  New York, New York
      January 7, 2011